## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _____

BLAKE TURIZO, individually and on behalf of all
others similarly situated,

      Plaintiff,

   vs.

SYNCHRONY FINANCIAL,
a Delaware Corporation,

      Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL
## UNDER 28 U.S.C. §§ 1331, 1441 AND 1446

**PLEASE TAKE NOTICE THAT,** pursuant to 28 U.S.C. §§ 1331, 1441 and 1446,

defendant Synchrony Bank, erroneously sued as Synchrony Financial ("Synchrony"), by and

through its counsel, hereby removes the action titled <u>Blake Turizo v. Synchrony Financial</u>, Case

No. CACE-21-003922 Division: 08, from the Circuit Court of the Seventeenth Judicial Circuit in

and for Broward County, Florida (the "Action"), to the United States District Court for the

Southern District of Florida.

1.    <u>Removal Is Timely</u>.  On or about February 25, 2021, plaintiff Blake Turizo

("Plaintiff") filed the Action in the Circuit Court of the Seventeenth Judicial Circuit in and for

Broward County, Florida.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process

and pleadings filed in the Action are attached hereto as **Exhibit A**.  Synchrony was served with a

copy of the summons and Complaint in the Action on February 25, 2021.  Synchrony has timely

- 1 -

filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because Synchrony has filed it within thirty (30) days of service of the Complaint.

2.     This Court Has Federal Question Jurisdiction Over The Action.  The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Synchrony pursuant to the provisions of 28 U.S.C. § 1441. Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."  As a general rule, a case arises under federal law only if it is federal law that creates the cause of action.  Diaz v. Sheppard, 85 F.3d 1502, 1505 (11th Cir. 1996) (citing Franchise Tax Bd. of Cal. v. Constr. Laborer's Vacation Trust, 463 U.S. 1, 8-10 (1983)).  Plaintiff alleges that Synchrony violated the Telephone Consumer Protection Act, 47 U.S.C § 227, et seq. (the "TCPA"), a claim arising under the laws of the United States and subject to this Court's removal jurisdiction under 28 U.S.C. §§ 1331 and 1441(a).

3.     Specifically, Plaintiff alleges that Synchrony sent an unsolicited text message to Plaintiff's cellular telephone number on or about February 23, 2021, without his express consent, using an automatic telephone dialing system ("ATDS").  (Compl. ¶¶ 13, 17-18.)  Plaintiff alleges that, as a result, he has suffered a "legal injury," that the alleged message "caused Plaintiff harm, including invasion of his privacy and annoyance" and that it "inconvenienced Plaintiff and caused disruption to his daily life."  (Id. ¶¶ 10, 26.)  Plaintiff purports to assert a claim under the TCPA on behalf of himself and a putative class of similarly situated persons in the United States who, within four years prior to the filing of the Action, "[1] received a text message on his or her cellular phone number from Defendant [2] using the same equipment used to send the text messages to Plaintiff [3] without having provided Defendant with their express consent to

receive text messages." (Id. ¶ 27.)  Synchrony disagrees that this Action is, or may be, suitable for treatment as a class action, and Synchrony hereby reserves all rights and arguments it may have when opposing any future motion for class certification.

4.     <u>Consent Is Not Necessary Because No Other Defendants Have Been Named</u>. Synchrony is the only named defendant in the Action and, therefore, consent for removal is not needed from any other party pursuant to 28 U.S.C. § 1446(a) & (b).

5.     <u>Venue Is Proper In This Court</u>.  This is the proper district court for removal because the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, is located within the jurisdiction and venue of the United States District Court for the Southern District of Florida.  <u>See</u> 28 U.S.C. § 1441(a).

6.     <u>Notice Will Be Effected</u>.  Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal will be served on Plaintiff, the only adverse party, simultaneously with this filing. Additionally, a duplicate copy of this Notice of Removal, without exhibits, will be filed in the Action in state court.

7.     Synchrony seeks removal of this Action without prejudice to any and all defenses available to it, including without limitation that Plaintiff is required to arbitrate his claims against Synchrony on an individual basis consistent with the terms of the cardmember agreement(s) governing Synchrony account(s) on which he is an authorized user.  Synchrony denies all claims alleged in the Action and denies that Plaintiff and the putative class are entitled to any relief whatsoever.

Dated: Miami, Florida
        March 26, 2021

Respectfully Submitted,

STROOCK & STROOCK & LAVAN LLP


By:          */s/ Brian C. Frontino*
            Brian C. Frontino


200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone:  (305) 789-9300
Facsimile:  (305) 789-9302
Email: bfrontino@stroock.com
        lacalendar@stroock.com

Attorneys for Defendant
        SYNCHRONY BANK (erroneously sued
          as SYNCHRONY FINANCIAL)

# EXHIBIT A



# Electronically Certified Court Record

### (cover page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/26/2021 2:04:46 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-EIIHFDHA-BHDHCA-G |
| **Case Docket:** | 2/25/2021 - Civil Cover Sheet - 3 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20210326132558899D |

---

### HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.



Case Number: CACE-21-003922 Division: 08
Filing # 122035148 E-Filed 02/25/2021 07:14:03 AM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Blake Turizo</u>
Plaintiff                                               Case # _____
                                                        Judge  _____
vs.
<u>Synchrony Financial</u>
Defendant

**II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

**III.   TYPE OF CASE**   (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

\*\*\* FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 02/25/2021 07:14:00 AM.\*\*\*\*

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by The Honorable Brenda D. Forman
Date: 2021.03.26 14:04:47 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301

Unique Code : CAA-FAA-BCABB-EIIHFDHA-BHDHCA-G Page 1 of 3

Unique Code : CAA-FAA-BCABB-EIIHFDHA-BHDHCA-G Page 2 of 3

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☒ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

Unique Code : CAA-FAA-BCABB-EIIHFDHA-BHDHCA-G Page 3 of 3

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  1

**VI.**   **IS THIS CASE A CLASS ACTION LAWSUIT?**
☒ yes
☐ no

**VII.**  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Manuel S Hiraldo          Fla. Bar # 30380
           Attorney or party                        (Bar # if attorney)

Manuel S Hiraldo                      02/25/2021
(type or print name)               Date

- 3 -



# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/26/2021 2:04:53 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-EIIHFDIF-BHDHCB-C |
| **Case Docket:** | 2/25/2021 - Complaint (eFiled) - 10 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20210326132558899D |

## HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.



Unique Code : CAA-FAA-BCABB-EIIHFDIF-BHDHCB-C Page 1 of 10

Case Number: CACE-21-003922 Division: 08

Filing # 122035148 E-Filed 02/25/2021 07:14:03 AM

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

Case No.

| | |
|---|---|
| **BLAKE TURIZO**, individually and on behalf of all others similarly situated, | **CLASS ACTION COMPLAINT** |
| *Plaintiff,* | **JURY TRIAL DEMANDED** |
| vs. | |
| **SYNCHRONY FINANCIAL,** an Deleware Corporation, | |
| *Defendant.* | |

## CLASS ACTION COMPLAINT

Plaintiff Blake Turizo brings this class action against Defendant Synchrony Financial and alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## NATURE OF THE ACTION

1.      This is a putative class action under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, ("TCPA").

2.      The case stems from Defendant's transmission of automated text messages without the requisite consent and with no regard for consumers' privacy rights.

3.      Through this action, Plaintiff seeks injunctive relief to halt Defendant's unlawful conduct.

4.      Plaintiff also seeks statutory damages on behalf of himself and Class Members, as

1

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 02/25/2021 07:14:00 AM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by The Honorable Brenda D. Forman
Date: 2021.03.26 14:04:54 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301

Unique Code : CAA-FAA-BCABB-EIIHFDIF-BHDHCB-C Page 2 of 10

defined below, and any other available legal or equitable remedies resulting from the illegal actions of Defendant.

## PARTIES

5.      Plaintiff is, and at all times relevant hereto was, an individual and a "person" as defined by 47 U.S.C. § 153(39), a citizen and resident of Broward County, Florida, and the subscriber and user of the cellular telephone number (954) ***-9685 (the "9685 Number").

6.      Defendant is, and at all times relevant hereto was, a Delaware corporation and a "person" as defined by 47 U.S.C. § 153(39) that maintains its headquarters in Stamford, Connecticut. Defendant directs, markets, and provides business activities throughout the State of Florida.

## JURISDICTION, VENUE, AND STANDING

7.      This Court has subject matter jurisdiction pursuant to Florida Rule of Civil Procedure 1.220 and Section 26.012(2), Florida Statutes. The matter in controversy exceeds the sum or value of $30,000 exclusive of interest, costs, and attorney's fees.

8.      Defendant is subject to personal jurisdiction in Florida because this suit arises out of and relates to Defendant's contacts with this state. Defendant initiated and directed, or caused to be initiated and directed by its agent(s), telemarketing and/or advertising text messages into Florida via an ATDS and without the requisite prior express written consent in violation of the TCPA. Specifically, Defendant initiated and directed, or caused to be initiated and directed, the transmission of unsolicited advertisement or telemarketing text messages to Plaintiff's cellular telephone number to sell goods, services or products in Florida. Plaintiff's

2

Unique Code : CAA-FAA-BCABB-EIIHFDIF-BHDHCB-C Page 3 of 10

9685 Number has an area code that specifically coincides with locations in Florida, and Plaintiff received such messages on the 9685 Number while residing in and physically present in Florida.

9.      Venue for this action is proper in this Court because all facts giving rise to this action occurred in this circuit.

10.     Plaintiff has standing to maintain this action because he suffered a legal injury as a result of Defendant's violations of the TCPA, and because he is not requesting an advisory opinion from this Court.  Thus, Plaintiff has a sufficient stake in a justiciable controversy and seeks to obtain judicial resolution of that controversy.

### FACTS

13.     On or about February 23, 2021, Defendant sent the following unsolicited text message to Plaintiff's 9685 Number:

79622

Text Message
Today 1:41 PM

**FREE MSG Synchrony Bank. Welcome to your Ashley Furniture Homestore acct. Learn about your deferred interest purchase at** syf.com/welcometxt **STOP to opt out**

14.     Plaintiff received the subject text message within this judicial district and, therefore, Defendant's violation of the TCPA occurred within this district.

15.     Upon information and belief, Defendant caused similar text messages to be sent to individuals residing within this judicial district.

3

Unique Code : CAA-FAA-BCABB-EIIHFDIF-BHDHCB-C Page 4 of 10

16.    Plaintiff is the sole user and/or subscriber of the cellular telephone number that received the above text message.

17.    At no point in time did Plaintiff provide Defendant with his express consent to be contacted by Defendant using an ATDS.

18.    The impersonal and generic nature of Defendant's text message demonstrates that Defendant utilized an ATDS in transmitting the message.

19.    Upon information and belief, to send the text message, Defendant used a messaging platform (the "Platform") that permitted Defendant to transmit thousands of text messages automatically and without any human involvement.

20.    Upon information and belief, the Platform has the capacity to store telephone numbers.

21.    Upon information and belief, the Platform has the capacity to generate sequential numbers.

22.    Upon information and belief, the Platform has the capacity to dial numbers in sequential order.

23.    Upon information and belief, the Platform has the capacity to dial numbers from a list of numbers.

24.    Upon information and belief, the Platform has the capacity to dial numbers without human intervention.

25.    Upon information and belief, the Platform has the capacity to schedule the time and date for future transmission of text messages.

Unique Code : CAA-FAA-BCABB-EIIHFDIF-BHDHCB-C Page 5 of 10

26.     Defendant's unsolicited text message caused Plaintiff harm, including invasion of his privacy and annoyance. Defendant's text message also inconvenienced Plaintiff and caused disruption to his daily life.

## CLASS ALLEGATIONS

### PROPOSED CLASS

27.     Plaintiff brings this lawsuit as a class action on behalf of himself individually and on behalf of all other similarly situated persons as a class action pursuant to Florida Rule of Civil Procedure 1.220(b)(2) and (b)(3).   The "Class" that Plaintiffs seeks to represent is comprised of and defined as:

> **No Consent Class:** All persons in the United States who from four years prior to the filing of this action until the date of a certification order [1] received a text message on his or her cellular phone number from Defendant [2] using the same equipment used to send the text messages to Plaintiff [3] without having provided Defendant with their express consent to receive text messages.

28.     Defendant and its employees or agents are excluded from the Class. Plaintiff does not know the number of members in the Class but believes the Class members number in the several thousands, if not more.

### NUMEROSITY

29.     Upon information and belief, Defendant has placed automated calls to cellular telephone numbers belonging to thousands of consumers throughout the United States without their prior express consent.  The members of the Class, therefore, are believed to be so numerous that joinder of all members is impracticable.

Unique Code : CAA-FAA-BCABB-EIIHFDIF-BHDHCB-C Page 6 of 10

30.     The exact number and identities of the Class members are unknown at this time and can be ascertained only through discovery. Identification of the Class members is a matter capable of ministerial determination from Defendant's call records.

## COMMON QUESTIONS OF LAW AND FACT

31.     There are numerous questions of law and fact common to the Class which predominate over any questions affecting only individual members of the Class. Among the questions of law and fact common to the Class are:

a.   Whether Defendant made non-emergency calls  to Plaintiff and  Class members' cellular telephones using an ATDS;

b.   Whether Defendant can meet its burden of showing that it had express consent to make such calls;

c.   Whether Defendant's conduct was knowing and willful;

d.   Whether Defendant is liable for damages, and the amount of such damages; and

e.   Whether Defendant should be enjoined from such conduct in the future.

32.     The common questions in this case are capable of having common answers. If Plaintiff's claim that Defendant routinely transmits text messages to telephone numbers assigned to cellular telephone services is accurate, Plaintiff and the Class members will have identical claims capable of being efficiently adjudicated and administered in this case.

## TYPICALITY

33.     Plaintiff's claims are typical of the claims of the Class members, as they are all based on the same factual and legal theories.

Unique Code : CAA-FAA-BCABB-EIIHFDIF-BHDHCB-C Page 7 of 10

### PROTECTING THE INTERESTS OF THE CLASS MEMBERS

34.     Plaintiff is a representative who will fully and adequately assert and protect the interests of the Class and has retained competent counsel. Accordingly, Plaintiff is an adequate representative and will fairly and adequately protect the interests of the Class.

### SUPERIORITY

35.     A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit, because individual litigation of the claims of all members of the Class is economically unfeasible and procedurally impracticable. While the aggregate damages sustained by the Class are in the millions of dollars, the individual damages incurred by each member of the Class resulting from Defendant's wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual Class members prosecuting their own separate claims is remote, and, even if every member of the Class could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases.

36.     The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant. For example, one court might enjoin Defendant from performing the challenged acts, whereas another may not. Additionally, individual actions may be dispositive of the interests of the Class, although certain class members are not parties to such actions.

### COUNT I
### VIOLATION OF 47 U.S.C. § 227(b)
*Individually and on behalf of the No Consent Class*

37.     Plaintiff re-alleges and incorporates paragraphs 1-36 as if fully set forth herein.

38.     It is a violation of the TCPA to make "any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any

7

Unique Code : CAA-FAA-BCABB-EIIHFDIF-BHDHCB-C   Page 8 of 10

automatic telephone dialing system … to any telephone number assigned to a … cellular telephone service ….” 47 U.S.C. § 227(b)(1)(A)(iii).

39.     The TCPA defines an "automatic telephone dialing system" (hereinafter "ATDS") as "equipment which has the capacity – (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers." *Id*. at §227(a)(1).

40.     Defendant utilized equipment with the capacity to store telephone numbers, using a random or sequential generator, and to dial such numbers and/or to dial numbers from a list automatically, without human intervention, to make non-emergency telephone calls to the cellular telephones of Plaintiff and the other members of the Class.

41.     These calls were made without regard to whether Defendant had express permission from the called party to make such calls. In fact, Defendant did not have prior express consent to call the cell phones of Plaintiff and the other members of the putative Class when its calls were made.

42.     Defendant violated § 227(b)(1)(A)(iii) of the TCPA by using an automatic telephone dialing system to make non-emergency telephone calls to the cell phones of Plaintiff and the other members of the putative Class without their prior express consent.

43.     As a result of Defendant's conduct and pursuant to § 227(b)(3) of the TCPA, Plaintiff and the other members of the putative Class were harmed and are each entitled to a minimum of $500.00 in damages for each violation. Plaintiff and the class are also entitled to an injunction against future calls.

        **WHEREFORE**, Plaintiff, on behalf of himself and the other members of the Class, prays for the following relief:

        a       A declaration that Defendant's practices described herein violate the

Telephone Consumer Protection Act, 47 U.S.C. § 227;

      b.     A declaration that Defendant's violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, were willful and knowing;

      c.     An injunction prohibiting Defendant from using an automatic telephone dialing system to call and text message telephone numbers assigned to cellular telephones without the prior express consent of the called party;

      d.     An award of actual, statutory damages, and/or trebled statutory damages; and

      e.     Such further and other relief the Court deems reasonable and just.

### JURY DEMAND

Plaintiff and Class Members hereby demand a trial by jury.

### DOCUMENT PRESERVATION DEMAND

Plaintiff demands that Defendant takes affirmative steps to preserve all records, lists, electronic databases or other itemization of telephone numbers associated with Defendant and the communication or transmittal of the text messages as alleged herein.

Dated: February 24, 2021

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

Unique Code : CAA-FAA-BCABB-EIIHFDIF-BHDHCB-C Page 10 of 10

**THE LAW OFFICES OF JIBRAEL S. HINDI**
Jibrael S. Hindi, Esq.
Florida Bar No. 118259
110 SE 6th Street
Suite 1744
Ft. Lauderdale, Florida 33301
Email: jibrael@jibraellaw.com
Telephone: 954-628-5793

*Counsel for Plaintiff and the Class*



# Electronically Certified Court Record

### (cover page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/26/2021 2:04:57 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-EIIHFDJB-BHDHCC-I |
| **Case Docket:** | 2/25/2021 - eSummons Issuance - 1 Page |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20210326132558899D |

---

### HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.



Unique Code : CAA-FAA-BCABB-EIIHFDJB-BHDHCC-I Page 1 of 1

Case Number: CACE-21-003922 Division: 08
Filing # 122035148 E-Filed 02/25/2021 07:14:03 AM

### IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
### IN AND FOR BROWARD COUNTY, FLORIDA

Case No.

| | |
|---|---|
| **BLAKE TURIZO**, individually and on behalf of all others similarly situated, | **CLASS ACTION COMPLAINT** |
| *Plaintiff,* | **JURY TRIAL DEMANDED** |
| vs. | |
| **SYNCHRONY FINANCIAL,** an Deleware Corporation, | |
| *Defendant.* | |

#### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

   YOU ARE COMMANDED to serve this Summons and a copy of the complaint or petition in this action on defendant:

**SYNCHRONY FINANCIAL**
REGISTERED AGENT:
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801

   Each defendant is required to serve written defenses to the complaint or petition on **MANUEL S. HIRALDO, HIRALDO P.A., Plaintiff's attorney, whose address is 401 E. Las Olas Blvd., Ste. 1400, Fort Lauderdale, FL 33301, Tel: (954) 400-4713,** within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____ FEB 25 2021

BRENDA D. FORMAN
As Clerk of the Court

BY: _____
As Deputy Clerk

BRENDA D. FORMAN

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 02/25/2021 07:14:00 AM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY

Digitally signed by The Honorable Brenda D. Forman
Date: 2021.03.26 14:04:58 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301



# Electronically Certified Court Record

### (cover page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/26/2021 2:05:01 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-EIJAHEHA-BHDHCD-A |
| **Case Docket:** | 2/26/2021 - Summons Returned Served - 1 Page |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20210326132558899D |

## HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.



Filing # 122129595 E-Filed 02/26/2021 10:08:47 AM

Unique Code : CAA-FAA-BCABB-EIJAHEHA-BHDHCD-A Page 1 of 1

# Affidavit of Process Server

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

| BLAKE TURIZO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | VS | SYNCHRONY FINANCIAL | CACE-21-003922 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I DENORRIS BRITT _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.   RECEIVED 02/25/2021

Service: I served SYNCHRONY FINANCIAL _____
                                    NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS AND CLASS ACTION COMPLAINT _____

by leaving with AMY MCLAREN _____ MANAGING AGENT _____ At
                          NAME                              RELATIONSHIP
☐ Residence _____ _____
                ADDRESS                        CITY / STATE

☒ Business  C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801 (REGISTERED AGENT)
                ADDRESS                        CITY / STATE

On_____02/25/2021_____AT_____2:45 PM_____
            DATE                          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from_____ _____ _____
        CITY          STATE          ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ _____ (2)_____ _____
                                                        DATE          TIME            DATE          TIME
(3)_____ _____ (4)_____ _____ (5)_____ _____
      DATE          TIME            DATE          TIME            DATE          TIME

AGE    40    Sex FEMALE Race  W   Height 5'5   Weight  130    HAIR BROWN _____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 25TH    day of FEBRUARY    , 2021.

_____
SIGNATURE OF NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires   August 25, 2022

NOTARY PUBLIC for the state of   DELAWARE

2021000745

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 02/26/2021 10:08:48 AM.****

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by The Honorable Brenda D. Forman
Date: 2021.03.26 14:05:01 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301



# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/26/2021 2:05:04 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-EJABDDEC-BHDHCE-I |
| **Case Docket:** | 2/25/2021 - Search for prior case performed per 2020-4-Civ-UFC-CO - 1 Page |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20210326132558899D |

## HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.



Unique Code : CAA-FAA-BCABB-EJABDDEC-BHDHCE-I Page 1 of 1

\*\*\*\* FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 2/25/2021 4:30:00 PM.\*\*\*\*

## IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

Blake Turizo

Plaintiff

Case No:_ case 21. 3922

Judge Division:_ 08

VS

Synchrony Financial

Defendant

### CLERK'S CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to Administrative Order, No. 2020–4–Civ/UFC/CO:

**"ADMINISTRATIVE ORDER DIRECTING CLERK OF COURTS WITH REGARD TO DISMISSED CIVIL OR FAMILY CASES",**

The Clerk has conducted a search for all previous existing civil cases related to these two parties.

Listed below are all the aforementioned related cases:   None.



FILED
FEB 25 2021
By_____

Brenda D. Forman
Circuit and County Courts

By: _____ KB _____

Deputy Clerk

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by The Honorable Brenda D. Forman
Date: 2021.03.26 14:05:05 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301



# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/26/2021 2:05:08 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-EJCFHCCE-BHDHCF-A |
| **Case Docket:** | 3/17/2021 - Notice of Appearance - 2 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20210326132558899D |

## HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.



Filing # 123288239 E-Filed 03/17/2021 04:52:28 PM

<b>IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT<br>IN AND FOR BROWARD COUNTY, FLORIDA</b>

BLAKE TURIZO, individually and on
behalf of all others similarly situated,

CASE NO. CACE-21-003922  Division: 08

     Plaintiff,

v.

SYNCHRONY FINANCIAL,
an Delaware Corporation,

     Defendant.

_____/

<b><u>NOTICE OF APPEARANCE AND EMAIL DESIGNATIONS</u></b>

     **PLEASE TAKE NOTICE** that the law firm of Stroock & Stroock & Lavan LLP makes

an appearance as counsel for defendant Synchrony Bank, erroneously named as Synchrony

Financial, and requests that copies of all correspondence, pleadings and any and all documents

filed in this action be served upon Brian C. Frontino, Esq. by email to the following addresses:

| | |
|---|---|
| Primary: | bfrontino@stroock.com |
| Secondary: | lacalendar@stroock.com |

Dated:  March 17, 2021

STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone:  (305) 358-9900
Facsimile:  (305) 789-9302
Email: lacalendar@stroock.com

By:  /s/ Brian C. Frontino
Brian C. Frontino
Florida Bar No. 95200
bfrontino@stroock.com

Attorneys for Defendant
*Synchrony Bank*

LA 52537883

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 03/17/2021 04:52:28 PM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by The Honorable Brenda D. Forman
Date: 2021.03.26 14:05:08 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301

Unique Code : CAA-FAA-BCABB-EJCFHCCE-BHDHCF-A Page 1 of 2

Unique Code : CAA-FAA-BCABB-EJCFHCCE-BHDHCF-A Page 2 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this March 17, 2021 a true and correct copy of the

foregoing document was filed electronically through the Florida Courts E-Filing Portal, which

electronically served all counsel of record including:

| | |
|---|---|
| Manuel S. Hiraldo, Esq. | Jibrael S. Hindi, Esq. |
| Hiraldo, PA | Thomas J. Patti, Esq. |
| 401 E. Las Olas Blvd, Suite 1400 | Law Offices of Jibrael S. Hindi |
| Fort Lauderdale, FL 33301 | 110 SE 6th St Ste 1714 |
| Telephone: 954-400-4713 | Fort Lauderdale, FL 33301-5047 |
| Email: mhiraldo@hiraldolaw.com | Telephone: 954-628-5793 |
| | Email: jibrael@jibraellaw.com |
| | Email: tom@jibraellaw.com |

*/s/ Brian C. Frontino*
Brian C. Frontino

LA 52537883