UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60678-RAR

**BLAKE TURIZO**, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

**SYNCHRONY FINANCIAL**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice [ECF No. 8]. The Court having reviewed the Joint Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs of suit. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of May, 2021.

                                      **RODOLFO A. RUIZ II**
                                      UNITED STATES DISTRICT JUDGE

cc:    counsel of record